No. 918.  DENVER & RIO GRANDE RAILROAD COMPANY, PETITIONER, *v.* EQUITABLE TRUST COMPANY OF NEW YORK, AS TRUSTEE, ETC.  April 15, 1918.  Petition for a writ of

certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. John G. Milburn, Mr. William Wallace, Jr.,* and *Mr. Arthur J. Shores* for petitioner. *Mr. George Welwood Murray, Mr. J. F. Bowie* and *Mr. W. R. Begg* for respondent.